**Marco MONTOYA–HERNANDEZ, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 15–71169.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.*

Filed Dec. 14, 2015.

Marco Montoya–Hernandez, Adelanto, CA, pro se.

OIL, David H. Wetmore, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Marco Montoya–Hernandez, a native and citizen of Peru, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir.2008), and we deny the petition for review.

Although Montoya–Hernandez raises arguments as to the merits of his withholding of removal claim, he does not challenge the agency's dispositive finding that he is not statutorily eligible for this relief. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir.1996).

Substantial evidence supports the agency's denial of Montoya–Hernandez's CAT claim because he failed to establish it is more likely than not he would be tortured by or with the consent or acquiescence of

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the government if returned to Peru. *See Silaya*, 524 F.3d at 1073.

**PETITION FOR REVIEW DENIED.**

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.